1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSEPH BECKER,

          Plaintiff,

    v.

WARDEN SHERMAN, et al.,

          Defendants.

**CASE No. 1:16-cv-0828- MJS (PC)**

**ORDER VACATING DATES**

**(ECF No. 14.)**

Plaintiff is proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the jurisdiction of a magistrate judge.

On August 29, 2016, Plaintiff's complaint was screened and found to state an Eighth Amendment failure to protect claim against Defendant Lt. Maximo Lunes. Plaintiff accuses Defendant of acting with deliberate indifference when he double-celled Plaintiff, a transgender female, with another inmate after Plaintiff's then-current cell-mate attempted to rape Plaintiff. In the Screening Order, Plaintiff was directed to either file a first amended complaint within thirty days or notify the Court of her willingness to proceed only on the claim found to be cognizable. (ECF No. 14.)

In a separately-filed document, Plaintiff claims that the second inmate raped her shortly after Plaintiff was placed in the cell. (See ECF No. 11.) Plaintiff has since been transferred to another institution where she remains in general population.

In light of the seriousness of the allegations and the serious potential for future harm, the Court finds that Plaintiff would benefit from the assistance of counsel.

Accordingly, IT IS HEREBY ORDERED that all dates in this matter, including the deadline for Plaintiff to file an amended complaint, are VACATED until further order from the Court. In the interim, the Court will coordinate with its ADR and Pro Bono Coordinator to locate pro bono counsel.

IT IS SO ORDERED.

Dated:   September 26, 2016        /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE