UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BECKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN SHERMAN, et al.,<br><br>　　　　Defendants. | CASE No. 1:16-cv-0828-MJS (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME**<br><br>**(ECF NO. 19)**<br><br>**THIRTY-DAY DEADLINE** |

　　　Plaintiff is a transgender state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the jurisdiction of a magistrate judge. (ECF No. 9.)

　　　Pending now is Plaintiff's motion for relief from Court order, which the undersigned construes as a request for extension of time to file his amended complaint. (ECF No. 19.)

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　1. Plaintiff's motion for relief (ECF No. 19) is GRANTED; and

　　　2. Plaintiff shall file a First Amended Complaint within thirty days from the date of this Order.

IT IS SO ORDERED.

Dated:　February 27, 2017　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1