UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BECKER,<br><br>          Plaintiff,<br><br>     v.<br><br>WARDEN SHERMAN, et al.,<br><br>          Defendants. | **CASE No. 1:16-cv-0828-MJS (PC)**<br><br>**ORDER APPOINTING COUNSEL** |

Plaintiff is a transgender state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.  On February 10, 2017, plaintiff filed a motion to appoint counsel.  (ECF No. 18.)  The court finds that the appointment of counsel is warranted and will grant Plaintiff's motion.  David I. Adams, Ashley M. Bauer, and Christopher J. Bower have been selected from the court's pro bono attorney panel to represent Plaintiff and have agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to appoint counsel (ECF No. 18) is granted. David I. Adams, Ashley M. Bauer, and Christopher J. Bower are appointed as counsel in the above entitled matter.
2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if they have any questions related to the appointment.
3. The Clerk of the Court is directed to serve a copy of this order on David I. Adams,

Ashley M. Bauer, and Christopher J. Bower, Latham & Watkins, 505 Montgomery St., Suite 2000, San Francisco, CA 94111.

4. Plaintiff's motion for extension of time (ECF No. 21) is also granted. A first amended complaint shall be filed within thirty days from the date of this order.

IT IS SO ORDERED.

Dated:   March 7, 2017                             /s/ *Michael J. Seng*
                                                                     UNITED STATES MAGISTRATE JUDGE