UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BECKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN SHERMAN, et al.,<br><br>　　　　Defendants. | **CASE No. 1:16-cv-0828-MJS (PC)**<br><br>**ORDER DENYING PLAINTIFF'S PRO SE EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>**(ECF NO. 29)** |

Plaintiff is a transgender state prisoner proceeding with appointed counsel in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the jurisdiction of a magistrate judge.

Pending before the Court is Plaintiff's June 22, 2017, pro se emergency motion for temporary restraining order to prevent Plaintiff's impending transfer from the Sierra Conservation Center, where she is presently housed in single-cell status, to the California Substance Abuse Treatment Facility ("CSATF"), an institution where Plaintiff claims she was assaulted on two separate occasions by her cellmates. Plaintiff filed this motion pro se after her alleged inability to communicate with appointed counsel.

At the Court's order, counsel for Plaintiff filed a response to the pro se motion. (ECF Nos. 33-34.) Based on counsel's declaration, the undersigned finds that

1

communications between Plaintiff and her attorney have been consistent and regular. It also does not appear that Plaintiff is currently scheduled to be transferred to CSATF or any other institution. See Adams Decl. ¶ 6.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's June 22, 2017, pro se motion (ECF No. 29) is DENIED.

IT IS SO ORDERED.

Dated: July 10, 2017     /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE