UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JOSEPH BECKER, | CASE NO. 1:16-cv-00828-AWI-MJS (PC) |
|---|---|
| Plaintiff, | **ORDER APPROVING STIPULATION FOR EXTENSION OF TIME TO FILE JOINT PROPOSED SCHEDULE** |
| v. | |
| WARDEN SHERMAN, et al., | (ECF No. 72) |
| Defendants. | **MARCH 30, 2018 DEADLINE** |

Plaintiff is a state prisoner proceeding with counsel in this civil rights action brought pursuant to 42 U.S.C. § 1983.

Pending before the Court is the parties' stipulation to extend until March 30, 2018 the deadline to propose a joint schedule. (ECF No. 72.) Having considered the proposal, this Court HEREBY APPROVES the Stipulation. The parties have until March 30, 2018 to file a joint proposed schedule.

IT IS SO ORDERED.

Dated: March 20, 2018         /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE