UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BECKER[1], <br><br>    Plaintiff, <br><br>    v. <br><br>WARDEN SHERMAN, et al., <br><br>    Defendants. | Case No. 1:16-cv-00828-AWI-MJS (PC) <br><br>**ORDER APPROVING STIPULATION FOR STAY OF ACTION** <br><br>**(ECF NO. 73)** <br><br>**MAY 18, 2018 DEADLINE FOR PROVIDING STATUS UPDATE** |

In light of the parties' proposed efforts to narrow the issues presented in this litigation and to engage in mediation, the Court approves the stipulation to stay, for two months, all current deadlines, including the deadline to file a Motion to Strike Defendants' Answer to the Second Amended Complaint and the filing of a Joint Proposed Scheduling Order. The parties shall no later than May 18, 2018 provide the Court with a status update regarding mediation. **In the event mediation is unsuccessful, the Court will immediately thereafter set a deadline for filing a Joint Proposed Scheduling Order.**

IT IS SO ORDERED.

Dated:   March 30, 2018                 /s/ *Michael J. Seng*
                                                                  UNITED STATES MAGISTRATE JUDGE

---
[1] Also known as Cinnamon Becker