# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BECKER, | Case No.: 1:16-cv-0828-AWI-JDP (PC) |
| Plaintiff, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR VIDEO TESTIMONY** |
| v. | |
| WARDEN SHERMAN, et al., | |
| Defendants. | |

Joseph Becker, CDCR # F-46642, a necessary and material witness in a settlement conference in this case on May 24, 2018, is confined in Sierra Conservation Center (SCC), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Barbara A. McAuliffe, by video conference from their present place of confinement, to the U. S. District Court, Courtroom #8, 2500 Tulare Street, Fresno, California 93721, on Thursday, May 24, 2018 at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, SCC, 5100 O'Byrnes Ferry Road, Jamestown, California 95327:**

**WE COMMAND** you to produce the inmate named above to testify before Judge McAuliffe at the time and place above, by video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: **April 30, 2018**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE