# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BECKER,<br><br>    Plaintiff,<br><br>v.<br><br>WARDEN SHERMAN, et al.,<br><br>    Defendant. | Case No.: 1:16-cv-0828-AWI-JDP (PC)<br><br>ORDER RE TESTING AND COORDINATION OF VIDEO CONFERENCING |

This matter is set for settlement conference on May 24, 2018 at 10:00 a.m. For good cause, the Court has permitted Plaintiff's video appearance. Defense counsel and Plaintiff's counsel shall work together and make arrangements with Angela Alvarez, the Court's JSU Supervisor (559-499-5614), to coordinate between the I.T. Department in the U.S. District courthouse, Fresno Division and the Sierra Conservation Center so that Plaintiff Joseph Becker, aka Cinnamon Becker, may appear by Video Teleconference from Sierra Conservation Center on May 24, 2018. Defense counsel and Plaintiff's counsel shall complete a test run of the equipment at least 7 days before the hearing and then shall inform Courtroom Deputy Harriet Herman, at least three working days before the hearing, of the results of the test run and whether such videoconferencing will be possible.

IT IS SO ORDERED.

Dated: **April 30, 2018**             /s/ *Barbara A. McAuliffe*
                                                       UNITED STATES MAGISTRATE JUDGE