# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BECKER, | Case No. 1:16-cv-00828-AWI-JDP |
| Plaintiff, | |
| v. | ORDER LIFTING STAY |
| MAXIMO LUNES, *et al.*, | |
| Defendant. | |

Pro se plaintiff Joseph Becker, also known as Cinnamon Becker, is proceeding in this civil rights action under 42 U.S.C. § 1983. This case is proceeding on plaintiff's second amended complaint against L. Cartagena, K. Loyd, Maximo Lunes, Joel Martinez, C. Moreno, N. Peterson, M. Ross, J. Wetenkamp, and Does 1-10 for failure to protect in violation of the Eighth Amendment. (Doc. No. 66.)

The parties previously stipulated to extensions of time to file a joint proposed discovery schedule, and the case has been stayed while the parties participated in a settlement conference. On May 31, 2018, the parties filed a joint status report indicating that the case did not settle and asking the court to lift the stay so that this matter may proceed to discovery. (Doc. No. 85.)

Accordingly,

1. The stay entered on April 2, 2018 is LIFTED.
2. Within fourteen days, the parties shall file a joint proposed schedule for further

1

litigation of this matter.  The proposed schedule also shall be e-mailed, in Word format, to jdporders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated:     June 6, 2018                           /s/ *Jeremy D. Peterson*
                                                  UNITED STATES MAGISTRATE JUDGE