| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Elizabeth L. Deeley (CA Bar No. 230798)<br>elizabeth.deeley@lw.com |
| 3 | Katherine M. Larkin-Wong (CA Bar No. 281038)<br>katherine.larkin-wong@lw.com |
| 4 | Christopher J. Bower (CA Bar No. 301379)<br>christopher.bower@lw.com |
| 5 | Cameron J. Clark (CA Bar No. 313039)<br>cameron.clark@lw.com |
| 6 | David R. Derrick (CA Bar No. 316745)<br>david.derrick@lw.com |
| 7 | 505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-6538 |
| 8 | Telephone: 415.391.0600<br>Facsimile: 415.395.8095 |

*Pro Bono Attorneys for Plaintiff Joseph Becker*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JOSEPH BECKER**,<br><br>         Plaintiff,<br><br>    v.<br><br>**WARDEN SHERMAN, ET AL.**,<br><br>         Defendants. | CASE NO. 1:16-cv-00828-AWI-JDP<br><br>**STIPULATION OF THE PARTIES AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME TO FILE THE SIGNATURE PAGE OF THE DECLARATION OF PLAINTIFF JOSEPH "CINNAMON" BECKER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Senior District Judge Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Plaintiff JOSEPH "CINNAMON" BECKER may have additional time within which to file the signature page to accompany Declaration of Plaintiff Joseph "Cinnamon" Becker in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment (ECF Nos. 90, 90-1). The parties hereby stipulate as follows:

WHEREAS, good cause has been shown that Plaintiff's counsel has been unable to have mail delivered to the Sierra Conservation Center, where Plaintiff currently resides, since July 13, 2018;

WHEREAS, Plaintiff has therefore not been able to receive legal mail at the Sierra Conservation Center since July 13, 2018;

WHEREAS, Plaintiff has therefore not been able to receive a signature page to date and sign to accompany Declaration of Plaintiff Joseph "Cinnamon" Becker's in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment;

WHEREAS, Plaintiff has been able to telephonically dictate the contents of Declaration of Plaintiff Joseph "Cinnamon" Becker in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment to Plaintiff's counsel;

WHEREAS, Plaintiff's counsel and Defendants' counsel have met and conferred about this issue;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, Plaintiff Joseph "Cinnamon" Becker on the one hand, and Defendants, on the other hand, as follows: the last day for Plaintiff to file the signature page to accompany Declaration of Plaintiff Joseph "Cinnamon" Becker in Support of Plaintiff's Opposition to Motion for Summary Judgment is Friday, August 24, 2018.

This document is being electronically filed through the Court's ECF System. In this regard, Plaintiff's counsel hereby attests that: (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has

concurred with Defendants' counsel regarding the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Respectfully submitted,

Dated: August 13, 2018

LATHAM & WATKINS LLP
Elizabeth L. Deeley
Katherine Larkin-Wong
Christopher J. Bower
Cameron J. Clark
David R. Derrick

By: /s/ Katherine M. Larkin-Wong
      Katherine M. Larkin-Wong

*Pro Bono Attorneys for Plaintiff Joseph Becker*

Xavier Becerra
Attorney General of California
Tracy S. Hendrickson
Supervising Deputy Attorney General

By: /s/ Michelle L. Angus
    (as authorized on 8/10/18)
    Michelle L. Angus
Supervising Deputy Attorney General

*Attorneys for Defendants L. Cartagena, M. Charkow-Ross, K. Loyd, M. Lunes, J. Martinez, C. Moreno, N. Peterson, and J. Wetenkamp*

## ORDER

With good cause shown, the deadline for Plaintiff to submit the signature page to accompany Declaration of Plaintiff Joseph "Cinnamon" Becker in Support of Plaintiff's Opposition to Motion for Summary Judgment is extended to Friday, August 24, 2018.

IT IS SO ORDERED.

Dated: August 14, 2018

_____
SENIOR DISTRICT JUDGE