| | |
|---|---|
| 1 | XAVIER BECERRA, State Bar No. 118517 |
| | Attorney General of California |
| 2 | MICHELLE L. ANGUS, State Bar No. 210031 |
| | Supervising Deputy Attorney General |
| 3 | ROBERT M. PERKINS, III, State Bar No. 309192 |
| | Deputy Attorney General |
| 4 |   1300 I Street, Suite 125 |
| |   P.O. Box 944255 |
| 5 |   Sacramento, CA 94244-2550 |
| |   Telephone: (916) 210-6144 |
| 6 |   Fax: (916) 324-5205 |
| |   E-mail: Robert.Perkins@doj.ca.gov |
| 7 | *Attorneys for Defendants Martinez, Wetenkamp,* |
| | *California Department of Corrections and* |
| 8 | *Rehabilitation - General, Charkow-Ross, Peterson,* |
| | *Cartagena and Loyd* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JOSEPH BECKER,** | 1:16-cv-0828-AWI-JDP (PC) |
| Plaintiff, | **JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSES TO PLAINTIFF'S DISCOVERY** |
| v. | |
| **WARDEN SHERMAN, et al.,** | |
| Defendants. | Judge: The Hon. Jeremy D. Peterson<br>Action Filed: June 15, 2016 |

On September 4, 2018, Plaintiff Joseph Becker served Defendants with Plaintiff's second set of production of documents. Subsequently, on or about September 21, 2018, Plaintiff served the California Department of Corrections and Rehabilitation (CDCR) with a third-party subpoena duces tecum. Defense counsel has agreed to represent CDCR for the limited purposes of responding to Plaintiff's third-party subpoena. On September 28, 2018, the parties met and conferred about responses to the second set of requests for production of documents and the third-party subpoena. As a result of the meet-and-confer, the parties have agreed to extend the time for

serving responses and objections to the request for production of documents, and any motion to quash the third-party subpoena to October 29, 2018.

The parties have agreed to this stipulation in order to allow Defense Counsel to file coordinated responses and objections to both the second set of requests for production of documents and the third-party subpoena duces tecum. Without this extension, CDCR would have until October 5, 2018, to object to the subpoena duces tecum. *See* Fed. R. Civ. P. 45(d)(2)(B) (requiring objections to subpoenas to be served within fourteen days of service). Under the proposed extension, both CDCR and Defendants would have until October 29, 2018, to serve responses and objections on Plaintiff, and to file a motion to quash the third-party subpoena.

| | |
|---|---|
| Dated: October 1, 2018 | LATHAM & WATKINS, LLP<br>Elizabeth L. Deeley<br>Katherine M. Larkin-Wong<br>Christopher J. Bower<br>Cameron J. Clark<br>David R. Derrick<br><br>By: ***/s/ Katherine M. Larkin-Wong***<br>Katherine M. Larkin-Wong<br>*Pro Bono Attorneys for Plaintiff Joseph Becker* |
| Dated: October 1, 2018 | XAVIER BECERRA<br>Attorney General of California<br>MICHELLE L. ANGUS<br>Supervising Deputy Attorney General<br><br>By: ***/s/ Robert M. Perkins, III***<br>ROBERT M. PERKINS, III<br>Deputy Attorney General<br>*Attorneys for Defendants Martinez, Wetenkamp, California Department of Corrections and Rehabilitation - General, Charkow-Ross, Peterson, Cartagena, and Loyd* |

IT IS SO ORDERED.

Dated:   October 4, 2018                               *Jeremy Peterson*

UNITED STATES MAGISTRATE JUDGE

SA2017304651
33586508.docx

3