1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  JON S. ALLIN, State Bar No. 155069
   Supervising Deputy Attorney General
3  JANET N. CHEN, State Bar No. 283233
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-7319
6   Fax: (916) 324-5205
    E-mail: Janet.Chen@doj.ca.gov
7  *Attorneys for Defendants
   Wetenkamp, Cartagena, Peterson, Loyd, Charkow-
8  Ross, and Martinez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JOSEPH BECKER,**<br><br>Plaintiff,<br><br>v.<br><br>**WARDEN SHERMAN, et al.,**<br><br>Defendants. | 1:16-cv-0828-AWI-JDP (PC)<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS**<br><br>Judge: The Hon. Jeremy D. Peterson<br>Trial Date: None set<br>Action Filed: June 15, 2016 |

On May 9, 2019, Plaintiff served Defendants with Plaintiff's first set of requests for admissions. Defendants' responses are currently due on June 24, 2019. The parties are in the process of scheduling a time to meet and confer about the requests.

*///*

*///*

*///*

1

As a result, the parties have stipulated to extend the deadline an additional thirty days until July 24, 2019, for Defendants to serve their objections and responses to the requests and any motion for protective order.

**IT IS SO STIPULATED.**

Dated:  June 21, 2019

*/s/ Catherine Rizzoni*
Catherine Rizzoni
Latham & Watkins, LLP
*Attorney for Plaintiff*
*Joseph Becker*

Dated:  June 21, 2019

*/s/ Janet N. Chen*
Janet N. Chen
Deputy Attorney General
*Attorney for Defendants*
*Wetenkamp, Cartagena, Peterson, Loyd, Charkow-Ross, and Martinez*

ORDER

IT IS SO ORDERED.

Dated:   June 24, 2019

_____
UNITED STATES MAGISTRATE JUDGE