| | |
|---|---|
| 1 | XAVIER BECERRA, State Bar No. 118517<br>Attorney General of California |
| 2 | CHRISTOPHER J. BECKER, State Bar No. 230529<br>Supervising Deputy Attorney General |
| 3 | ROBERT M. PERKINS, III, State Bar No. 309192<br>Deputy Attorney General |
| 4 | 1300 I Street, Suite 125<br>P.O. Box 944255 |
| 5 | Sacramento, CA 94244-2550<br>Telephone: (916) 210-6144 |
| 6 | Fax: (916) 324-5205<br>E-mail: Robert.Perkins@doj.ca.gov |
| 7 | *Attorneys for Defendants Wetenkamp, Martinez,<br>Cartagena, Peterson, Loyd and Charkow-Ross* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BECKER, | 1:16-cv-0828-AWI-JDP (PC) |
| Plaintiff, | JOINT STIPULATION REGARDING CDCR'S PRODUCTION OF ELECTRONICALLY STORED INFORMATION AND MODIFICATION OF DISCOVERY AND SCHEDULING ORDER |
| v. | |
| WARDEN SHERMAN, et al., | |
| Defendants. | Judge: The Hon. Jeremy D. Peterson<br>Action Filed: June 15, 2016 |

On June 27, 2018, the Court issued a discovery and scheduling order. (ECF No. 88). At that time, the Court set the date of November 1, 2019 as the deadline for the completion of all discovery. (*Id.*) Plaintiff served a third-party subpoena on the California Department of Corrections and Rehabilitation (CDCR), which seeks the production of electronically stored information (ESI) related to Plaintiff's claims. The parties have engaged in substantial negotiations about the scope of Plaintiff's third-party subpoena and have reached an agreement on search terms and custodians. Additionally, CDCR's production has been delayed due to the death of defense counsel's father. Since that time, defense counsel has had to travel to Baltimore, Maryland to probate his father's estate.

1

For these reasons, the parties have agreed to the following stipulations about the production of ESI that is responsive to Plaintiff's third-party subpoena:

- CDCR will complete its production of ESI on or before September 6, 2019; and
- CDCR will not have to produce the "COMPSTAT and CSR Excel spreadsheets" as part of CDCR's production of ESI responsive to Plaintiff's third-party subpoena.

Due to Defendants' delay in producing documents, the parties stipulate to a three-month extension of the discovery deadline for the limited purpose of allowing Plaintiff to conduct depositions. Under this proposed modification, Plaintiff shall have until **February 1, 2020** to complete depositions, including filing of any motion to compel such depositions. For all other discovery, including written discovery and the filing of any motions to compel written discovery, the **November 1, 2019** deadline will remain in effect. The parties further stipulate to extend the deadline for filing all dispositive motions to **March 15, 2020**.

Finally, the parties stipulate to the following deadlines for the production of expert discovery. Under this proposed stipulation, Plaintiff's expert reports shall be produced no later than **November 1, 2019.** Defendants' expert reports, if any, shall be produced by **January 1, 2020**. Expert depositions shall be complete by **February 15, 2019**.

/ / /

/ / /

/ / /

2

Joint Stipulation Regarding CDCR'S Production of ESI And Modification of Scheduling And Discovery Order (1:16-cv-0828-AWI-JDP (PC))

**IT IS SO STIPULATED.**

Dated: August 6, 2019

/s/ *Christopher J. Bower*
Christopher J. Bower
Latham & Watkins, LLP
*Attorney for Plaintiff*
*Joseph Becker*

Dated: August 6, 2019

/s/ *Robert M. Perkins, III*
Robert M. Perkins, III
Deputy Attorney General
*Attorney for Defendants*
*Wetenkamp, Cartagena, Peterson, Loyd,*
*Charkow-Ross, and Martinez*

3

Joint Stipulation Regarding CDCR'S Production of ESI And Modification of Scheduling And Discovery
Order (1:16-cv-0828-AWI-JDP (PC))

Approved.

IT IS SO ORDERED.

Dated: August 7, 2019 _____/s/ Jeremy Peterson_____

UNITED STATES MAGISTRATE JUDGE

4

Joint Stipulation Regarding CDCR'S Production of ESI And Modification of Scheduling And Discovery Order (1:16-cv-0828-AWI-JDP (PC))