1  LATHAM & WATKINS LLP
   Elizabeth L. Deeley (CA Bar No. 230798)
2      *elizabeth.deeley@lw.com*
   Brittany N. Lovejoy (CA Bar No. 286813)
3      *brittany.lovejoy@lw.com*
   Christopher J. Bower (CA Bar No. 301379)
4      *christopher.bower@lw.com*
   David R. Derrick (CA Bar No. 316745)
5      *david.derrick@lw.com*
   Catherine A. Rizzoni (CA Bar No. 322267)
6      *cat.rizzoni@lw.com*
   Katrina E. Rodarte (CA Bar No. 318944)
7      *katrina.rodarte@lw.com*
   505 Montgomery Street, Suite 2000
8  San Francisco, California 94111-6538
   Telephone: 415.391.0600
9  Facsimile:  415.395.8095

10 *Pro Bono Attorneys for Plaintiff*
   *Joseph "Cinnamon" Becker*

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14                            FRESNO DIVISION

16  **JOSEPH BECKER**,                    Case No. 1:16-CV-00828-AWI-JDP

17              Plaintiff,
                                          **JOINT STIPULATION AND ORDER**
18       v.                               **AMENDING DISCOVERY AND**
                                          **SCHEDULING ORDER**
19  **WARDEN SHERMAN, ET AL.**,
                                          Judge: The Honorable Jeremy D. Peterson
20              Defendants.

| | |
|---|---|
| 1 | Plaintiff Joseph ("Cinnamon") Becker ("Plaintiff"), and Defendants Wetenkamp, |
| 2 | Cartagena, N. Peterson, K. Loyd, M. Charkow-Ross, and J. Martinez (collectively, "Defendants"), |
| 3 | through their respective attorneys of record herein and without waiving any rights, claims, or |
| 4 | defenses they have in this action, enter into this stipulation, with reference to |
| 5 | the following circumstances: |
| 6 | WHEREAS, on June 15, 2016, Plaintiff Joseph "Cinnamon" Becker originally filed this |
| 7 | matter. *See* Prisoner Civil Rights Complaint, ECF No. 1. |
| 8 | WHEREAS, on June 21, 2018, Plaintiff and Defendants filed a joint scheduling statement |
| 9 | anticipating that fact discovery "should remain open until July 1, 2019." *See* Joint Scheduling |
| 10 | Statement, ECF No. 87 at 2. |
| 11 | WHEREAS, on June 27, 2018, the Court issued a scheduling order setting various |
| 12 | additional pretrial and trial dates for this matter. *See* Discovery and Scheduling Order, ECF No. |
| 13 | 88. In that scheduling order, the Court set the deadline for the completion of fact and expert |
| 14 | discovery as November 1, 2019. *See Id.* at 3. |
| 15 | WHEREAS, the parties proceeded with discovery in response to that scheduling order. |
| 16 | WHEREAS, on September 4, 2018, Plaintiff served Defendants with Plaintiff's Second |
| 17 | Set of Requests for Production ("the RFPs").[1] |
| 18 | WHEREAS, on November 26, 2018, Plaintiff and Defendants reached an agreement |
| 19 | regarding Defendants' production in response to the RFPs. |
| 20 | WHEREAS, on September 21, 2018, Plaintiff served the California Department of |
| 21 | Corrections ("CDCR") with a third-party subpoena compelling the production of documents ("the |
| 22 | Subpoena").[2] |
| 23 | WHEREAS, on November 16, 2018, Plaintiff and CDCR reached an agreement regarding |
| 24 | CDCR's production in response to the Subpoena. |
| 25 | WHEREAS, on January 30, 2019, the parties filed a stipulated protective order governing, |
| 26 | among other things, Defendants' production in response to the RFPs and CDCR's production in |

---

[1] The California Department of Justice represents Defendants in this matter.
[2] The California Department of Justice also represents CDCR.

response to the Subpoena. *See* Stipulated Protective Order, ECF No. 108.

WHEREAS, in March 2019, Robert "Trey" Perkins, counsel for CDCR, went on temporary leave because of the sudden death of his father.

WHEREAS, on April 11, 2019, Defendants notified Plaintiff that Defendants' counsel, Michelle Angus, was leaving the Department of Justice and was being replaced with new counsel.

WHEREAS, as of the date of this filing, Defendants produced materials in response to the RFPs on the following dates: January 17th, February 25th, March 11th, April 8th, and April 19th, 2019.

WHEREAS, CDCR produced certain materials in response to the Subpoena on the following dates: January 17th, February 25th, March 11th, April 8th, and April 19th, 2019. These materials did not include certain other documents, however, including (i) the Electronically Stored Information of CDCR personnel in response to the Subpoena; and (ii) the Prison Rape Elimination Act ("PREA") training and audit materials from Corcoran prison, where Plaintiff was housed, in response to Plaintiff's requests for production.

WHEREAS, on July 23, 2019, Plaintiff and CDCR reached an agreement regarding custodians and search terms for the Electronically Stored Information portion of the Subpoena.

WHEREAS, on August 6, 2019, the parties entered into a Joint Stipulation Regarding CDCR's Production of Electronically Stored Information and Modification of Discovery and Scheduling Order, ECF No. 119, which required Defendants to complete its production of ESI in response to the CDCR subpoena and production of all remaining responsive documents by September 6, 2019.

WHEREAS, CDCR did not produce the Electronically Stored Information in response to the CDCR Subpoena until September 9, 2019.

WHEREAS, CDCR produced the last of its remaining PREA training and audit materials for Corcoran on September 19, 2019.

WHEREAS these productions were belated and larger in size than originally anticipated, and thus additional time to review these productions and consider whether any additional discovery requests are necessary is required.

1       WHEREAS, on October 14, 2019, Defendants authorized Plaintiff's submission of this stipulation on their counsel's behalf.

      THEREFORE, WITH GOOD CAUSE SHOWN, the parties request to extend the deadline for written discovery by one month to December 1, 2019. The parties further request to extend the deadline by which Plaintiff's expert reports must be served by two months, to February 1, 2020. These requested extensions are necessary to ensure that Plaintiff can review the entirety of Defendants' and CDCR's productions, serve any additional discovery as needed, and that Plaintiffs' experts have sufficient time to complete their reports after receiving all discovery productions. The existing deadline for fact depositions of February 1, 2020 set out in the Joint Stipulation Regarding CDCR's Production of Electronically Stored Information and Modification of Discovery and Scheduling Order, ECF No. 120, remains unchanged.

      **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record that having met and conferred regarding the respective calendars of counsel that the Scheduling Order shall be amended as follows:

1. Deadline for the close of written fact discovery is: December 1, 2019;
2. Deadline for production of Plaintiff's expert reports is: February 1, 2020;
3. Deadline for fact depositions remains February 1, 2020;
4. Deadline for production of Defendants' expert reports is: April 1, 2020;
5. Deadline to complete expert depositions is: May 15, 2020; and
6. Deadline for dispositive motions to be filed is: June 15, 2020.

Dated: October 14, 2019             LATHAM & WATKINS LLP
                                            Elizabeth L. Deeley
                                            Christopher J. Bower
                                            David R. Derrick
                                            Catherine A. Rizzoni
                                            Katrina E. Rodarte

                                            By:   /s/ *Christopher J. Bower*
                                                   Christopher J. Bower

                                            *Pro Bono Attorneys for Plaintiff*
                                            *Joseph "Cinnamon" Becker*

| | |
|---|---|
| Dated: October 14, 2019 | XAVIER BECERRA<br>Attorney General of California<br>CHRISTOPHER J. BECKER<br>Supervising Deputy Attorney General<br><br>By:   <u>/s/ *Robert M. Perkins, III (as authorized on Oct. 14, 2019)*</u><br>    ROBERT M. PERKINS, III<br>    Deputy Attorney General<br><br>*Attorneys for Defendants Martinez, Wetenkamp, Charkow-Ross, Peterson, Cartagena and Loyd*<br><br>*Attorneys for Third-Party California Department of Corrections and Rehabilitation* |

ORDER

IT IS SO ORDERED.

Dated: October 15, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 205