1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

9  JOSEPH BECKER,

10        Plaintiff,

11     v.

12  WARDEN SHERMAN, *et al.*

13        Defendants.

Case No. 1:16-cv-00828-AWI-JDP

ORDER GRANTING THE PARTIES'
REQUEST FOR A CONTINUANCE

ECF No. 134

14

15     The parties' stipulation and request for a continuance, ECF No. 134, is granted.

16  Defendants' opposition is due on February 6, 2020.  Plaintiff's reply, if any, is due on

17  Thursday, February 13, 2020.  This matter is provisionally set for a hearing on February 20,

18  2020, at 2:00 p.m., to be held telephonically.  The parties should use the following dial-in

19  number and passcode: dial-in, 1-888-204-5984; passcode, 4446176.  There remains a

20  possibility that the court will vacate the hearing at a later date.  *See* E.D. Cal. R. 230(g).

21

22  IT IS SO ORDERED.

23

24  Dated:    January 28, 2020

UNITED STATES MAGISTRATE JUDGE

25

26

27  No. 205.

28

1