UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH BECKER,

       Plaintiff,

    v.

WARDEN SHERMAN, *et al*.

       Defendants.

Case No. 1:16-cv-00828-AWI-JDP

ORDER GRANTING THE PARTIES'
PROPOSED SCHEDULING ORDER

ECF No. 136

The parties' stipulation and proposed scheduling order, ECF No. 136, is granted.  The

scheduling order shall be amended pursuant to the parties' stipulation.

IT IS SO ORDERED.

Dated:    February 3, 2020    

                                      
UNITED STATES MAGISTRATE JUDGE

No. 205.

1