UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BECKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN SHERMAN, *et al*.<br><br>　　　　Defendants. | Case No. 1:16-cv-00828-AWI-JDP<br><br>ORDER GRANTING THE PARTIES' REQUESTS TO SEAL DOCUMENTS<br><br>ECF Nos. 131, 138, 143 |

   The parties have filed several motions to seal in connection with the pending motion to amend. *See* ECF Nos. 131, 138, 143. Good cause having been shown, these motions are granted.

IT IS SO ORDERED.

Dated:　February 17, 2020　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE


No. 205.

1