UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BECKER,<br><br>    Plaintiff,<br><br>v.<br><br>L. CARTAGENA, *et al*.,<br><br>    Defendants. | No. 1:16-cv-00828-AWI-JDP<br><br>ORDER SETTING SETTLEMENT CONFERENCE AND STAYING THE CASE |

    Plaintiff is a state prisoner proceeding with counsel in this civil rights action filed pursuant to 42 U.S.C. § 1983. The parties have stipulated that they are "prepared to enter into immediate and good-faith settlement negotiations to reach a reasonable resolution of this lawsuit" and have requested "referral to a settlement conference at the Court's earliest convenience." ECF No. 150 at 2. Therefore, this case will be referred to Magistrate Judge Erica P. Grosjean to conduct a settlement conference on April 23, 2020, at 1:00 p.m. The case is stayed, except as necessary to prepare for the settlement conference, until April 24, 2020.

    In light of the coronavirus (COVID-19) outbreak and the evolving coronavirus protocols, the settlement conference will be conducted telephonically. The settlement conference will start with a single call. To join the conference, each participant is directed to call the toll-free number (888) 251−2909 and use Access Code 1024453. As the negotiations proceed, Judge Grosjean will have separate calls with the individual parties (and/or their representatives). Counsel for

each side will need to designate a contact number at which Judge Grosjean can reach them following the initial call.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for a telephonic settlement conference before Magistrate Judge Erica P. Grosjean on April 23, 2020, at 1:00 p.m.
2. Unless otherwise permitted in advance by the Court, the attorneys who will try the case shall telephonically appear at the Settlement Conference.
3. If any party wishes to refer to documents, that party must deliver such documents by mail or e-mail to the chambers of Judge Grosjean no later than two days before the Settlement Conference.
4. Neither the settlement conference statements nor communications during the settlement conference with the settlement judge can be used by either party in the trial of this case.
5. Absent permission from the Court, in addition to counsel who will try the case being present, <u>the individual parties shall also be present telephonically</u>.[1] In the case of corporate parties, associations or other entities, and insurance carriers, a representative executive with authority to discuss, consider, propose and agree, or disagree, to any settlement proposal or offer <u>shall also be present telephonically</u>. A representative with unlimited authority shall be available by phone throughout the conference. In other words, having settlement authority "up to a certain amount" is not acceptable.

**IF ANY PARTY BELIEVES THAT A SETTLEMENT CONFERENCE WOULD BE FUTILE, THEN THAT PARTY SHALL CONTACT THE COURT NOT LATER THAN SEVENTY-TWO HOURS PRECEDING THE SCHEDULED SETTLEMENT CONFERENCE.**

6. At least five (5) court days prior to the settlement conference, each party shall submit a Confidential Settlement Conference Statement in Word format directly to Judge

---

[1] In prisoner civil rights cases, the individual defendants need only be available by telephone. The court will issue a writ in due course to secure plaintiff's telephonic appearance.

Grosjean's Chambers at epgorders@caed.uscourts.gov.  The Statements shall not be filed on the docket or served on any other party.  Each Statement shall be clearly marked "confidential" with the date and time of the settlement conference clearly noted on the first page.  The Confidential Settlement Conference Statement shall include the following:

  a. A brief statement of the facts of the case.
  b. A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the party's likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.
  c. A summary of the proceedings to date.
  d. An estimate of the cost and time to be expended for further discovery, pretrial, and trial.
  e. The relief sought.
  f. The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers, and demands.
  g. The amount of restitution owed by Plaintiff, if any.

IT IS SO ORDERED.

Dated:   March 30, 2020                    _____
                                           UNITED STATES MAGISTRATE JUDGE

3