UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BECKER,<br><br>    Plaintiff,<br><br>    v.<br><br>WARDEN SHERMAN, *et al*.<br><br>    Defendants. | Case No. 1:16-cv-00828-AWI-JDP<br><br>ORDER GRANTING THE PARTIES' JOINT STIPULATION FOR AN EXTENSION<br><br>ECF No. 159 |

The parties' joint stipulation for an extension, ECF No. 159, is granted. The parties will file all dispositional documents no later than June 21, 2020.

IT IS SO ORDERED.

Dated:   May 22, 2020                                                       

UNITED STATES MAGISTRATE JUDGE

No. 205.

1