UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BECKER,<br><br>        Plaintiff,<br><br>    v.<br><br>WARDEN SHERMAN, *et al.*,<br><br>        Defendants. | Case No. 1:16-cv-00828-AWI-JDP<br><br>ORDER DIRECTING THE CLERK'S OFFICE TO CLOSE THE CASE IN LIGHT OF VOLUNTARY DISMISSAL<br><br>ECF No. 161 |

The parties in this action have stipulated to a dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF No. 161. The court therefore directs the clerk's office to close the case.

IT IS SO ORDERED.

Dated:   June 22, 2020                      /s/ Jeremy Peterson
                                                      UNITED STATES MAGISTRATE JUDGE

No. 205.